UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL MCKEE | * | CIVIL ACTION |
| VERSUS | * | NO. 26-111 |
| DARNELL SPARROW, ET AL. | * | SECTION "J" (2) |

## ORDER

The Court, after considering the amended complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Plaintiff Daniel McKee's Motion for Emergency Injunctive Relief and Temporary Restraining Order (ECF No. 6) and "Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Protective Housing Order" (ECF No. 20) are **DENIED**.

**IT IS FURTHER ORDERED** that the case is **STAYED** considering *Wallace v. Kato*'s application to Plaintiff's § 1983 unreasonable seizure claim and Title II and Section 504 claims against Officer Kelly and **ADMINISTRATIVELY CLOSED** for statistical purposes.  If Plaintiff intends to proceed with these claims, he must file a motion to lift the stay within 30 days after the date that the criminal proceedings terminate in his favor by either an acquittal or a failure to convict or the charges are dismissed.  If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the claims will be dismissed under *Heck v. Humphrey*; if no such finding is made, Plaintiff will be allowed to proceed with these claims, absent some other bar to them.

1

**IT IS FURTHER ORDERED** that Plaintiff's claims against the St. Tammany Parish Sherriff's Office and Department of Animal Services are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 for being legally frivolous, but Plaintiff is granted leave to substitute the Sheriff of St. Tammany Parish in his official capacity in place of improperly named St. Tammany Parish Sheriff's Office once the *Wallace* stay is lifted.  Finding no just reason for delay in entering a final judgment, a final judgment will be entered as to these claims and Defendants pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS FURTHER ORDERED** that Plaintiff's claims against Darnell Sparrow,  Rob Bremer, and the Ochsner Clinic in Convington, Louisiana are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915 for failure to state claims upon which relief can be granted, but Plaintiff is granted leave to amend those claims against these defendants once the *Wallace* stay is lifted.

New Orleans, Louisiana, this 15th day of July, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2